UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Keri Ducker,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.:2:09-cv-1013 |
| ) | |
| **Phillips & Cohen Associates,** ) | |
| **LTD, a/k/a Portfolio Asset Group**, ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF PHILLIPS & COHEN ASSOCIATES, LTD.

**COMES NOW** Plaintiff Keri Ducker, by and through the undersigned, and gives notice to this Honorable Court that Plaintiff is hereby dismissing, with prejudice, all pending claims against Defendant Phillips & Cohen Associates, LTD, with each respective party bearing its attorney's fees, costs and expenses.

**RESPECTFULLY SUBMITTED** this the 2nd day of December, 2009.

                                                 **/s/ Anthony B. Bush**
                                                 Anthony Brian Bush (BUS028)
                                                 Bar Id.:  ASB-7306-A54B
                                                 Lewis, Bush & Faulk, LLC
                                                 The Bailey Building
                                                 400 South Union Street, Ste 230
                                                 Montgomery, Alabama 36104
                                                 Phone:       (334) 263-7733
                                                 Facsimile:    (334) 832-4390
                                                 Email: anthonybbush@yahoo.com
                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 2nd day of December, 2009 I have served a true and correct copy of the foregoing document through either the U.S. Postal Mail, properly addressed and postage prepaid, or this Court's CM/ECF electronic filing system on the following:

**All Parties of Record.**

                                /s/ Anthony B. Bush
                                Of Counsel